IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RICKY HOWARD                                                                      PLAINTIFF

VERSUS                                               CIVIL ACTION NO. 5:12cv61 KS-MTP

CHRISTOPHER EPPS                                              DEFENDANT

## ORDER

      This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on April 22, 2013, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

      IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Complaint is hereby dismissed without prejudice. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

      SO ORDERED, this the 29th day of May, 2013.

                                                                       *s/ Keith Starrett*
                                                UNITED STATES DISTRICT JUDGE